Barney RETA

v.

HEIGHTS HOSPITAL.

No. C-5307.

Supreme Court of Texas.

Oct. 1, 1986.

Joint motion of the parties filed herein on September 26, 1986 in the above numbered and entitled cause having been duly considered, it is ordered that the joint motion be, and hereby is, granted. (Not reported, Rule 90, T.R.A.P.)

Order of this Court of June 25, 1986 granting the petitioner's application for writ of error is withdrawn and the application for writ of error is dismissed by agreement.